# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137111(142)

ANTHONY PELLEGRINO, Individually and as
Personal Representative of the Estate of
SHIRLEY ANN PELLEGRINO,
            Plaintiffs-Appellees,

v

AMPCO SYSTEMS PARKING,
            Defendant-Appellant.

SC: 137111
COA: 274743
Wayne CC: 03-325462-NI

_____

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing his brief is considered and, it appearing the brief was filed October 7, 2009, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2009

_____
Clerk